**Order entered December 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00784-CR

**ARMANDO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76836-M**

## ORDER

Before the Court is court reporter Belinda G. Baraka's December 2, 2019 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by January 2, 2020.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE